```
                        United States Bankruptcy Court
                          Northern District of Ohio
In re:                                                  Case No. 11-16004-aih
Robert Lee Owsiak                                       Chapter 7
Kerri Lynn Owsiak
         Debtors              CERTIFICATE OF NOTICE
District/off: 0647-1       User: nbrow            Page 1 of 1          Date Rcvd: Jul 12, 2011
                           Form ID: 259           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2011.
db/db          +Robert Lee Owsiak, Jr.,   Kerri Lynn Owsiak,   789 Ferndale Ave.,   Vermilion, OH 44089-2441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2011**                    Signature:    _Joseph Speetjens_

Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 11−16004−aih**

**In re:**
Robert Lee Owsiak Jr.
789 Ferndale Ave.
Vermilion, OH 44089

Kerri Lynn Owsiak
**Aka** −Kerri Lynn Huey, Kerri Lynn Konery
789 Ferndale Ave.
Vermilion, OH 44089

**Social Security No.:**
xxx−xx−6016

xxx−xx−6195

## MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on July 11, 2011. The petition is missing the following required documents:

Missing Documents Due by 07/25/2011 −− Legal Description and Permanent Parcel Number

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date .

**Dated:** July 12, 2011
Form ohnb259

For the Court
Kenneth J. Hirz, Clerk